IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 09-00240 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER DENYING DEFENDANT'S MOTION TO MODIFY TERMS OF |
| vs. | ) ) | JUDGEMENT IN A CRIMINAL CASE |
| CARLA DUTRO, | ) ) | |
| Defendant. | ) ) | |

ORDER DENYING DEFENDANT'S MOTION
TO MODIFY TERMS OF JUDGEMENT IN A CRIMINAL CASE

This court has before it Defendant Carla Dutro's Motion to Modify Terms of Judgement in a Criminal Case. The motion assumes that this court has authority to modify a judgement entered on November 19, 2012. No statute, rule, or case is cited in the moving papers for the proposition that the court even has authority to order the modification. The court is concerned that Rule 35(a) of the Federal Rules of Criminal Procedure provides for only a 14-day period after sentencing in which the court "may correct a sentence that results from arithmetical, technical, or other clear error." Quite apart from the passage of time, Defendant cites no "arithmetical, technical, or other clear error." Under the circumstances, the court denies the motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 14, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States v. Carla Dutro, CR. NO. 09-00240 SOM,
ORDER DENYING DEFENDANT'S MOTION TO MODIFY TERMS OF JUDGEMENT IN
A CRIMINAL CASE